AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

vs.

LUIS ANTONIO CALDERON-CAMPOVERDE

CRIMINAL COMPLAINT

CASE NUMBER: 8:15-MJ-

## 8:15MJ1732JSS

I, Nidia Almonte, the undersigned complainant, being duly sworn, state the following is
true and correct to the best of my knowledge and belief.   On or about November 5, 2015, in
Pinellas County, Middle District of Florida, defendant LUIS ANTONIO CALDERON-
CAMPOVERDE, a citizen and national of Ecuador, was

> found to be an aggravated felon alien in the United States without permission
> after deportation,

in violation of Title 8, United States Code, Section 1326(a) and (b)(2).   I further state that I am a
Deportation Officer with Immigration and Customs Enforcement and Removal Operations and
that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒ Yes    ☐ No

Signature of Complainant
NIDIA ALMONTE

Sworn to before me and subscribed in my presence,

November 5, 2015                           at          Tampa, Florida

JULIE S. SNEED
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT

I, Nidia Almonte, being duly sworn, hereby depose and state as follows:

1.     I am employed as a Deportation Officer with the Department of Homeland Security, United States Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), currently assigned to Tampa, Florida. I have been employed as a federal law enforcement officer since June, 1987.

2.     As a Deportation Officer, I am charged with enforcing United States immigration laws, both administrative and criminal, including investigating violations of such laws and making arrests of deportable aliens in accordance with these laws. I am a federal law enforcement officer with the authority to execute arrest and search warrants under the authority of the United States.

3.     This affidavit is in support of a criminal complaint.  The statements contained in this affidavit are based on my personal knowledge and that of others and on information gathered from computer databases. This affidavit does not contain every fact regarding the investigation but does document the probable cause to charge Luis Antonio Calderon-Campoverde, a native and citizen of Ecuador, with being an aggravated felon alien found in the United States without permission after deportation, in violation of Title 8, United States Code, Section 1326(a) and(b)(2).

## FACTS AND CIRCUMSTANCES

4.     On November 5, 2015, Luis Antonio Calderon-Campoverde, a/k/a Flores Ramos, was found in Saint Petersburg, Pinellas County, in the Middle District of Florida, by ICE- ERO Fugitive Operation Officers.

5.     I performed a records check using the Central Index System (CIS) and reviewed the documents contained within the Alien File (A-File) belonging to Luis Antonio Calderon-Campoverde.  Upon review of these documents, I determined that Calderon-Campoverde, is a native and citizen of Ecuador who is illegally in the United States. I also found that he had been deported from United States to Ecuador on March 7, 1995.

6.     Fingerprints taken of Calderon-Campoverde were submitted through the Integrated Automated Fingerprint Identification System (IAFIS) and compared with those taken prior to his removal from the United States. IAFIS indicates that they are from the same person.  In addition, fingerprint records revealed that Calderon-Campoverde had unlawfully assumed the identity of Flores Morales, a resident of Puerto Rico and a citizen of the United States.

7.    Computer record checks also indicate that Calderon-Campoverde had been convicted of:  Possession of a Controlled Dangerous Substance with Intent to Distribute, to wit: Cocaine, Case No. 88-01-0047, on February 22, 1989, in the Bergen County Superior Court of New Jersey; Possession of a Controlled Dangerous Substance, Case No.S-648-88, on July 23, 1990, in the Morris County Superior Court of New Jersey; and Conspiracy, Case No. 90-03-0336-I, on July 23, 1990, in the Passaic County Superior Court of New Jersey.  The first conviction constitutes an aggravated felony pursuant to Title 8, United States Code, Section 1101(a)(43).  In addition to the above, Calderon has also been convicted of felony crimes under his assumed identity of Flores Ramos.  A National Crime Information Check (NCIC) on Calderon-Campoverde corroborated the information in CIS.

8.    No information exists, either in the A-file documents or the computer databases, that Luis Antonio Calderon-Campoverde had either requested or received permission from any immigration official to re-enter the United States after his deportation.

## CONCLUSION

9.    Based on the foregoing facts, I believe there is probable cause to establish that Luis Antonio Calderon-Campoverde, a citizen and national of Ecuador, is an aggravated felon alien found in the United States without permission after deportation, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

Further affiant sayeth naught.

NIDIA ALMONTE
Deportation Officer, ICE ERO

Sworn to and subscribed before me this 5th day of November, 2015, in Tampa, Florida.

JULIE S. SNEED
United States Magistrate Judge